UNITED STATES POSTAL SERVICE

June 4, 2025

Dear Reference  25 1245:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5448 2694 26**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | June 3, 2025, 12:41 pm |
| **Location:** | HARRISBURG, PA 17110 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | c o Corporation Service Company Chase Data Corp |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* SA |
| Address of Recipient: | 5235 N Front St |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004