

Andrew Perrong <a@perronglaw.com>

## Subpoena to Chase Data - Hudson-Bryant v. Schneider Wallace

**Andrew Perrong** <a@perronglaw.com>                                    Sat, Jun 28, 2025 at 7:33 AM
To: JCohen@wickersmith.com, Anthony Paronich <anthony@paronichlaw.com>, MCarlo@wickersmith.com

Counsel,

Do you still represent Chase Data with respect to subpoena matters? We intend to file a motion to compel response on Monday and write to meet and confer with you in compliance with Local Rule 26.1(f).

--
Thank you kindly,
Andrew Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529 (CALL-LAW)