# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY HUDSON-BRYANT, on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Misc. Case No. |
| CHASE DATA CORP. | : : : | |
| Non-Party Subpoena Recipient. | : : | |
| KIMBERLY HUDSON-BRYANT, on behalf of himself and others similarly situated, | : : : | Underlying Action Pending in the U.S. Southern District of Texas |
| Plaintiff | : : : | Case No. 4:25-CV-1245 |
| v. | : : | |
| SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP | : : : | |
| Defendant. | : : | |

**[PROPOSED ORDER GRANTING]**
**Plaintiff Kimberly Hudson-Bryant's Motion to Compel**
<u>**Production of Documents Pursuant to Rule 45 Subpoena**</u>

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that the Plaintiff's Motion to Compel is GRANTED. Third Party Chase Data Corp. shall provide complete responses and documents to the Plaintiff's Rule 45 Subpoena within 14 days of this Order.

*BY THE COURT:*

_____
, J.